United States District Court
Southern District of Texas

**ENTERED**

December 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JESUS M SALAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-166 |
| | § | |
| TREY MICHAEL BOWERS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Dismissal with Prejudice. Dkt. 9. Having considered the motion and the record of this case as a whole, the Court **GRANTS** the motion.

Accordingly, it is hereby **ORDERED** that any and all claims, causes of action, and requests by affirmative relief asserted or requested by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.

Costs of court are to abide as incurred.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 15th day of December, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge